# United States District Court
## Southern District of Georgia

KENDRICK R. MARTIN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-147

FREDRICK PRYOR, Prison Guard,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 21, 2019 adopting the Magistrate Judge's Report and Recommendations as the Court's opinion and overruling Plaintiff's objections, that Plaintiff's case is dismissed without prejudice as a sanction for Plaintiff's abuse of the judicial process. This case stands closed.

10/21/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*